**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6395**

JOHN THOMAS LEWIS,

Plaintiff - Appellant,

v.

MICHAEL WADE, Sheriff, Henrico County Sheriff's Department;
LIEUTENANT ROBINSON, Lieutenant, Henrico County Sheriff's Department;
DEPUTY AMOAH, Deputy, Henrico County Sheriff's Department,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at
Alexandria.  Claude M. Hilton, Senior District Judge.  (1:16-cv-00835-CMH-TCB)

Submitted:  September 28, 2018                     Decided:  October 12, 2018

Before WYNN and FLOYD, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

John Thomas Lewis, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Thomas Lewis appeals the district court's order granting defendants' motion for summary judgment and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Lewis v. Wade*, No. 1:16-cv-00835-CMH-TCB (E.D. Va. Mar. 20, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*